Daniel T. Pascucci (SBN 166780)
dtpascucci@mintz.com
Heather J. Silver (SBN 285509)
hjsilver@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501

Attorneys for Defendants
PDOX, INC., dba CERTIS ONCOLOGY SOLUTIONS
and PETER ELLMAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PDOX, INC., dba CERTIS ONCOLOGY SOLUTIONS, a Delaware corporation; PETER ELLMAN, an Individual; and DOES 1-10,<br><br>Defendants. | Case No. 18-cv-1543-CAB-MDD<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6)]**<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT<br><br>Date: September 19, 2018<br><br>The Hon. Cathy Ann Bencivengo<br>Courtroom 4C (4th Floor – Schwartz)<br><br>Magistrate Judge Mitchell D. Dembin<br>11th Floor (Carter/Keep) |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 19, 2018, in Courtroom 4C of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Defendants PDOX, INC., dba CERTIS ONCOLOGY SOLUTIONS and PETER ELLMAN (collectively "Defendants") will and hereby do move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for an Order dismissing Plaintiff ANTICANCER, INC.'s ("Plaintiff") complaint for lack of subject matter jurisdiction and failure to state a claim under the requirements set forth in the Federal Rules of Civil Procedure. Specifically, Defendants move to dismiss Plaintiff's First, Second, Third, Fourth, Sixth, and Seventh causes of action on the following grounds:

| **Cause of Action** | **Grounds for Dismissal** |
|---|---|
| 1. Federal Trademark Infringement | 1. Failure to state a claim on which relief can be granted because a license to use the at-issue trademark appears on the face of the complaint |
| 2. False Designation of Origin and Unfair Competition | 1. Failure to state a claim on which relief can be granted because a license to use the at-issue appears on the face of the complaint |
| 3. Conversion | 1. Lack of subject-matter jurisdiction<br>2. Superseded by California's Uniform Trade Secrets Act<br>3. Failure to state a claim on which relief can be granted because the pleading fails to meet the heightened pleading standard imposed under Federal Rule of Civil Procedure 9(b)<br>4. Failure to state a claim on which relief can be granted because the pleading fails to state a plausible claim for relief under Federal Rule of Civil Procedure Rule 8 because the allegedly converted property belongs to Defendants |

| **Cause of Action** | **Grounds for Dismissal** |
| --- | --- |
| 4. Fraud and Deceit | 1. Lack of subject-matter jurisdiction<br>2. Superseded by California's Uniform Trade Secrets Act<br>3. Failure to state a claim on which relief can be granted because the pleading fails to meet the heightened pleading standard imposed under Federal Rule of Civil Procedure 9(b)<br>4. Failure to state a claim on which relief can be granted because the pleading fails to state a plausible claim for relief under Federal Rule of Civil Procedure Rule 8 because Defendants did not allegedly form a fraudulent intent or make misrepresentations until after Plaintiff supposedly took action in reliance |
| 6. Unjust Enrichment | 1. Lack of subject-matter jurisdiction<br>2. Superseded by California's Uniform Trade Secrets Act<br>3. Duplicative of Quantum Meruit claim<br>4. Failure to state a claim on which relief can be granted because a written contract covering the same subject matter prohibits quasi-contractual relief |
| 7. Quantum Meruit | 1. Lack of subject-matter jurisdiction<br>2. Superseded by California's Uniform Trade Secrets Act<br>3. Duplicative of Unjust Enrichment claim<br>4. Failure to state a claim on which relief can be granted because a written contract covering the same subject matter prohibits quasi-contractual relief |

///

///

///

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and Declaration of Heather J. Silver filed herewith and such further evidence and argument as the Court shall permit or require at or prior to the time of the hearing on this Motion.

Dated: August 15, 2018

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC

By *s/Daniel T. Pascucci*
Daniel T. Pascucci
Heather J. Silver

Attorneys for Defendants
PDOX, INC., dba CERTIS ONCOLOGY SOLUTIONS
and PETER ELLMAN

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On August 15, 2018, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered users.

Executed on August 15, 2018, at San Diego, California.

*s/Daniel T. Pascucci*
Daniel T. Pascucci

79916315v.1