Daniel T. Pascucci (SBN 166780)
dtpascucci@mintz.com
Heather J. Silver (SBN 285509)
hjsilver@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501

Attorneys for Defendants
PDOX, INC., dba CERTIS ONCOLOGY SOLUTIONS
and PETER ELLMAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., <br><br> Plaintiff, <br><br> v. <br><br> PDOX, INC., dba CERTIS ONCOLOGY SOLUTIONS, a Delaware corporation; PETER ELLMAN, an Individual; and DOES 1-10, <br><br> Defendants. | Case No. 18-cv-1543-CAB-MDD <br><br> **DECLARATION OF HEATHER J. SILVER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> **[Fed. R. Civ. Proc. 12(b)(6)]** <br><br> Date: September 19, 2018 <br><br> The Hon. Cathy Ann Bencivengo <br> Courtroom 4C (4th Floor – Schwartz) <br><br> Magistrate Judge Mitchell D. Dembin <br> 11th Floor (Carter/Keep) |

I, HEATHER J. SILVER, DECLARE AS FOLLOWS:

1. I am an attorney at law duly licensed to practice before all courts in the State of California. I am an associate with the law offices of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, attorneys of record for Defendants PDOX, INC., dba CERTIS ONCOLOGY SOLUTIONS and PETER ELLMAN (collectively "Defendants"). I have personal knowledge of the facts set forth in this declaration and could and would competently testify as to the same. I submit this declaration in support Defendants' Motion to Dismiss Plaintiff's Complaint.

2. The first twenty-four paragraphs of the allegations in Plaintiff Anticancer, Inc.'s ("Plaintiff") complaint are written in prose without paragraph numbers for ready identification of those allegations. For convenience, attached hereto as **EXHIBIT 1** is a true and correct copy of Plaintiff's complaint which was filed with the Court on July 6, 2018, and which I caused to be marked to identify these first twenty-four paragraphs with the letters A – X. No other alterations were made to the complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed this 15th day of August, 2018 in San Diego, California.

*/s/ Heather J. Silver*
Heather J. Silver

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On August 15, 2018, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered users.

Executed on August 15, 2018, at San Diego, California.

*s/Daniel T. Pascucci*
Daniel T. Pascucci

1

80259909v.1

Case No. 18-cv-1543-CAB-MDD