Michael L. Kirby, Esq. (SBN 50895)
mike@kirbyandkirbylaw.com
**KIRBY & KIRBY LLP**
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: 619.487.1500
Facsimile: 619.501.5733

**Attorney for Defendants**

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., <br><br> Plaintiff, <br><br> v. <br><br> PDOX, INC., dba CERTIS ONCOLOGY SOLUTIONS, PETER ELLMAN, and DOES 1 to 10, <br><br> Defendants. | Case No.: 18-cv-1543-CAB-MDD <br><br> **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** <br><br> [Fed R. Civ. Proc. 56(a)] <br><br> **Hearing Date: November 25, 2019** <br><br> PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT <br><br> Judge:      Hon. Cathy Ann Bencivengo <br> Dept.:      4C <br> Magistrate: Mitchell D. Dembin <br> Dept.:      11th Floor |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant CERTIS ONCOLOGY SOLUTIONS, INC., as the successor of PDOX, Inc., will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 56(a), for an Order granting Summary Judgment in favor of Defendant and against Plaintiff ANTICANCER, INC., and for such other relief as may be just, on the grounds that no triable issues of material fact exist and Defendant is entitled to judgment as a matter of law. Specifically, Plaintiff has not and cannot produce evidence sufficient to create a

1

genuine issue of material fact as to whether Plaintiff is entitled to any relief on either its First Cause of Action (Federal Trademark Infringement) or its Second Cause of Action (False Designation of Origin and Unfair Competition) because the undisputed evidence shows that Defendant had a license to use the at-issue trademarks, and Plaintiff cannot show any damages or other grounds for relief.

This Motion is based upon this Notice of Motion and Motion, the accompanying Declarations of Michael L. Kirby, Peter Ellman and Evan Birkhead, the Memorandum of Points and Authorities and the exhibits attached thereto, and on such further oral and documentary evidence as the Court shall permit or require at or prior to the time of the hearing on this Motion, including all other pleadings on file herein in this case.

Please take further notice that Pursuant to Judge Bencivengo's Civil Case Procedures Rule II. A., no oral argument will be heard on November 25, 2019, unless separately ordered by the Court.

Dated: October 21, 2019          KIRBY & KIRBY LLP


By: _____/s/ Michael L. Kirby_____
Michael L. Kirby
Attorney for Defendants
PDOX, INC., dba CERTIS ONCOLOGY SOLUTIONS, and
PETER ELLMAN