Michael L. Kirby, Esq. (SBN 50895)
mike@kirbyandkirbylaw.com
**KIRBY & KIRBY LLP**
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: 619.487.1500
Facsimile: 619.501.5733

**Attorney for Defendants**

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| ANTICANCER, INC., | Case No.: 18-cv-1543-CAB-MDD |
|---|---|
| Plaintiff, | **DECLARATION OF PETER ELLMAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| PDOX, INC., dba CERTIS ONCOLOGY SOLUTIONS, PETER ELLMAN, and DOES 1 to 10, | Hearing Date: November 25, 2019 |
| Defendants. | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

Judge:      Hon. Cathy Ann Bencivengo
Dept.:      4C
Magistrate: Mitchell D. Dembin
Dept.:      11th Floor

Peter Ellman, under penalty of perjury, declares as follows:

1.  I am the Chief Executive Officer ("CEO") of defendant Certis Oncology Solutions, Inc. ("Certis"), and I am a dismissed Defendant in the above entitled action. I make this Declaration in support of Certis' Motion for Summary Judgment. The matters set forth herein are true of my own personal knowledge and I could and would testify competently thereto if called as a witness.

2.  As of October 16, 2019, Plaintiff AntiCancer, Inc. ("AntiCancer") is Certis's largest single shareholder.

3.  Certis has never had any inquiries or sales related to the AngioMouse

or HDRA products

4. In June 2016, Certis (then operating as AntiCancer/PDOX) retained Evan Birkhead ("Birkhead"), an independent consultant in strategic marketing and communications with an emphasis on startups in the technology industry, to prepare preliminary marketing materials and build a preliminary website. I know Birkhead worked closely with Dr. Robert Hoffman, the CEO and majority shareholder of AntiCancer, in preparing materials for the website and the marketing interests for PDOX.

5. On March 27, 2018, Certis migrated its website from AntiCancerPDOX.com to CertisOncology.com.

6. On or about that date, I, as CEO of Certis, directed Birkhead to remove all references to "AngioMouse" and "HDRA" from its website and promotional materials. Those two trademarks and names were removed because Certis did not have the capability to perform the AngioMouse or HDRA procedures, and Certis had never received any inquiries about those procedures while the names were on Certis's (then PDOX's) website.

7. Certis has never had the capability to perform the AngioMouse or HDRA procedures, and could have only offered those procedures by asking AntiCancer to perform them.

8. Certis is a pre-revenue startup company and in 2018 had revenue of only $15,000 and operating expenses of over $1 million. That $15,000 of revenue had nothing to do with AngioMouse or HDRA. Thus Certis's revenue is completely unrelated to any alleged use of the HDRA and AngioMouse trademarks.

9. After I directed Birkhead to remove all references to "AngioMouse" and "HDRA" from the website, Certis and I reasonably believed that those terms had been removed from CertisOncology.com.

10. When Certis received AntiCancer's First Amended Complaint

("FAC"), I directed Birkhead to investigate whether certisoncology.com still contained the two trademarks "AngioMouse" and "HDRA."

11. Birkhead subsequently informed me he had discovered, while using WordPress to update the website, that he had inadvertently left "ghost pages," one of which still contained "HDRA" and another of which still contained "AngioMouse."

12. Shortly thereafter, Birkhead informed me that he had removed the ghost pages containing "HDRA" and "AngioMouse."

13. Approximately one week after receiving AntiCancer's FAC in this action, I personally checked CertisOncology.com and performed Google searches for "Certis HDRA" and "Certis AngioMouse," and confirmed the website no longer had any mention of "HDRA" or "AngioMouse."

14. I am unaware of any notice of revocation of Certis's right to use the trademarks "HDRA and "AngioMouse" occurring before AntiCancer filed its FAC in this action.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct, and that this Declaration was executed this 21 day of October, 2019, at San Diego, California.

_____
PETER ELLMAN