Michael L. Kirby, Esq. (SBN 50895)
mike@kirbyandkirbylaw.com
**KIRBY & KIRBY LLP**
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: 619.487.1500
Facsimile: 619.501.5733

**Attorney for Defendants**

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| ANTICANCER, INC., | Case No.: 18-cv-1543-CAB-MDD |
|---|---|
| Plaintiff, | **DECLARATION OF EVAN BIRKHEAD** |
| v. | |
| PDOX, INC., dba CERTIS ONCOLOGY SOLUTIONS, PETER ELLMAN, and DOES 1 to 10, | |
| Defendants. | Judge:    Hon. Cathy Ann Bencivengo<br>Dept.:    4C<br>Magistrate: Mitchell D. Dembin<br>Dept.:    11th Floor |

Evan Birkhead, under penalty of perjury, declares as follows:

1. I am the founder of Evan Birkhead LLC, an independent consulting firm specializing in strategic marketing and communications primarily for startups in the technology industry. The matters set forth herein are true of my own personal knowledge and if called upon to testify thereto, I could and would competently do so under oath. I have no financial interest in the outcome of this case.

2. In June of 2016, I was hired by Peter Ellman, the Chief Executive Officer of then PDOX, Inc., later known as PDOX, Inc., dba Certis Oncology Solutions, and now known as Certis Oncology Solutions, Inc. ("Certis"), to provide consulting services to promote the orthotopic PDOX procedure. Those services

1

included preparing marketing materials, building a preliminary website, videos, and building *sales* or *investor* decks, which is basically a short statement of the company's mission which can be provided to potential investors.

3. In March 2018, Certis migrated its website from AntiCancerPDOX.com to CertisOncology.com. As part of this migration, we developed a new company brand, including new colors, new logo, and new marketing language, that was thoroughly and intentionally distinct from AntiCancerPDOX's original branding and language.

4. After migrating AntiCancerPDOX.com to CertisOncology.com, I believed that I had removed the terms "AngioMouse" and "HDRA" and other trademarks that were irrelevant to our business from CertisOncology.com.

5. On or shortly after November 4, 2018, Peter Ellman ("Ellman") informed me of AntiCancer's First Amended Complaint ("FAC") in this action, and directed me to investigate whether CertisOncology.com still contained the terms "AngioMouse" or "HDRA."

6. During that process, we discovered "ghost pages," which still included references to the trademarks we deleted.

7. "Ghost pages" are webpages that cannot be navigated to using the internal navigation of a website, but may still be accessed through a search engine. Although they do not link to a website, the pages still reside in the website creation program (in this case Wordpress) and are therefore searchable . What this means is that a user accessing certisoncology.com would not be able to find "HDRA" or "AngioMouse" by clicking links on the website.

8. Only by specifically searching for "Certis" and "HDRA" or "AngioMouse" would a user have been able to find the "ghost pages." In fact, that is how we discovered the oversight. There is no reason anyone would ever search for either of these terms, since we were not promoting or offering these products.

9. When I realized the existence of the ghost pages, I immediately deleted them and informed Ellman that they had been removed.

I declare under penalty of perjury under the laws of the United States and the States of New Jersey and California that the foregoing is true and correct, and that this declaration was executed this 21st day of October, 2019, at Jackson, New Jersey.

*[signature]*
EVAN BIRKHEAD