```
KIRBY & KIRBY LLP
Michael L. Kirby, Esq. (SBN 50895)
mike@kirbyandkirbylaw.com
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: 619.487.1500
Facsimile: 619.501.5733

Attorney for Defendants PDOX, INC., DBA
CERTIS ONCOLOGY SOLUTIONS, AND
PETER ELLMAN
```

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PDOX, INC., dba CERTIS ONCOLOGY SOLUTIONS, PETER ELLMAN, and DOES 1 to 10,<br><br>    Defendants. | Case No.: 18-cv-1543-CAB-MDD<br><br>**CERTIFICATE OF SERVICE THROUGH ECF PORTAL**<br><br>Judge:  Hon. Cathy Ann Bencivengo<br>Dept.:  4C<br>Magistrate Judge:<br>Hon. Mitchell D. Dembin<br>Dept.:  11th Floor |

I declare under penalty of perjury that I am over the age of 18 and not a party to the within action; I served the parties set forth below, through counsel of record with documents titled: **(1)** Defendant's Notice of Motion and Motion for Summary Judgment; **(2)** Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment; **(3)** Declaration of Michael L. Kirby in Support of Motion for Summary Judgment; **(4)** Declaration of Peter Ellman in Support of Motion for Summary Judgment; **(5)** Declaration of Evan Birkhead.

I certify that on October 21, 2019, I electronically filed the aforementioned documents with the Clerk of the above-entitled Court, using the CM / ECF filing system. I certify that to my knowledge, all participants in the case are registered CM / ECF users and that service will be accomplished by the CM / ECF system.

1 | Executed this 21st day of October 2019, at San Diego, California

_____
Maria Arreola

## SERVICE LIST

| Matt D. Valenti, Esq.<br>VALENTI LAW, APC<br>3747 Brookshire Street<br>San Diego, CA 92111<br>Telephone: 619.540.2189<br>Email: mattvalenti@outlook.com | Counsel for Plaintiff |
|---|---|